# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Terrence L. Brown,

Plaintiff(s),

v.

Skyline Furniture Manufacturing, Inc. et al ,

Defendant(s).

Case No. 17 CV 1244
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Skyline Furniture Manufacturing, Inc.,Sea Products, Inc., Ted Wecker and against plaintiff(s) Terrence L. Brown

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion for summary judgment.


Date:  5/23/2019                                             Thomas G. Bruton, Clerk of Court

                                                             Yvette Montanez , Deputy Clerk